IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 5:24-CR-00125-D-KS |
| | ) | |
| KEAVIN JAWAHN THOMPSON | ) | |
| | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (x) ad prosequendum ( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee:   KEAVIN JAWAHN THOMPSON , ID #280684

2. Detained by: **Cumberland County Detention Center, 204 Gillespie Street, Fayetteville, NC 28301; Phone # 910.672.5630, Fax # 910.672.5737**

3. Detainee is charged in this district by Indictment with Violation of Title 21, United States Code, Sections 841(a)(l) and 846.

4. Appearance is necessary on  9/4/2025 at 8:00 am  in  Judge Numbers' Courtroom, Raleigh, NC for arraignment.

/s/ Alison N. Lester
Special Assistant United States Attorney

## WRIT OF HABEAS CORPUS

(**X**) Ad Prosequendum          ( ) Ad Testificandum          ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, or the arresting agent is hereby directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: _____, 2025              _____
                                    United States Magistrate Judge